Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 02-2929 FMC(RZx) | Date | May 23, 2006 |
| Title | THE ESTATE OF CHRISTOPHER G. L. WALLACE, etc., et al. v. CITY OF LOS ANGELES, et al. | | |

Present: The Honorable **FLORENCE-MARIE COOPER**

| Alicia Mamer | Pat Cuneo | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Perry Sanders -telephonic appearance
Robert J. Frank-telephonic appearance
Chris Brizzolara-telephonic appearance
Bradley Gage

Attorneys Present for Defendants:
Vincent Marella
Dorothy Wolpert
Michael L. Claessens
J. Scott Hacker

**Proceedings:** STATUS CONFERENCE

The conference is held. The Court stays all discovery. The Court allows Plaintiff seven days to respond to the report submitted at today's hearing and another seven days thereafter for defendant to file any reply.

DOCKETED ON CM
MAY 24 2006
BY

Initials of Preparer  AM     : N/A

413