ORIGINAL

Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-2929 FMC(RZx) | Date | June 9, 2006 |
|---|---|---|---|

| Title | THE ESTATE OF CHRISTOPHER G. L. WALLACE, etc., et al. |
|---|---|
| | v. CITY OF LOS ANGELES, et al. |

Present: The Honorable   FLORENCE-MARIE COOPER

| Sandy Eagle | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS)  ORDER

The Court's Order of June 8, 2006, is hereby modified to provide a correct date for trial.  Page 3, Line 1, of the Order is amended to reflect that the matter is set for **trial on Tuesday, October 17, 2006, at 9:00 a.m.**

N/A

Initials of Preparer

DOCKETED ON CM

JUN 1 5 2006

BY