Robert J. Frank – *admitted pro hac vice*
Robert J. Frank & Associates, L.L.C.
219 West Colorado Ave. Suite 210
Colorado Springs, CO 80903
719/ 630-1556 (Telephone)
Rob@rjflaw.com

Perry R. Sanders, Jr. – *admitted pro hac vice*
Sandra L. Ribera (Cal. Bar No. 236769)
Sanders Law Firm, LLC
219 West Colorado Ave. Suite 210
Colorado Springs, CO 80903
719/ 630-1556 (Telephone)
Perry@scclaw.net
sandraribera@comcast.net

Bradley Gage (Cal. Bar No. 117808)
Law Offices of Goldberg & Gage
23002 Victory Blvd.
Woodland Hills, CA 91362
818/340-9252 (Telephone)
bgage@goldbergandgage.com

Christopher Brizzolara (Cal. Bar No. 130304)
1528 16th Street
Santa Monica, California 90404
310/394-6447 (Telephone)
samorai@surfcity.net

*[additional counsel listed on signature page]*

**ATTORNEYS FOR PLAINTIFFS**

JS-6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER G.L. WALLACE, by and through its Personal Representatives, FAITH EVANS, and VOLETTA WALLACE, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al. <br><br> Defendants. | Case Nos.: 2:02-cv-02929-JHN-RZx <br> 2:07-cv-02956-JHN-RZx <br><br> *Assigned to Hon. Jacqueline H. Nguyen* <br> **ORDER ON JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** |

281628.1

0

Joint Stipulation To Dismiss

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through the signatures of their counsel on this stipulation, hereby STIPULATE TO THE IMMEDIATE DISMISSAL WITHOUT PREJUDICE of the following cases:

- *Estate of Christopher G.L. Wallace, et al. v. City of Los Angeles, et al.*, Case No. 02-cv-02929 JHN(RZx);
- *Estate of Christopher G.L. Wallace, et al. v. City of Los Angeles, et al.*, Case No. 2:07-cv-02956 JHN(RZx).

IT IS SO STIPULATED.

DATE: April 2, 2010

SANDERS LAW FIRM, LLC
Perry R. Sanders, Jr.

ROBERT J. FRANK & ASSOCIATES, LLC
Robert J. Frank

LAW OFFICES OF GOLDBERG & GAGE
Bradley Gage

LAW OFFICES OF CHRISTOPHER BRIZZOLARA
Christopher Brizzolara

LAW OFFICES OF DENNIS W. CHANG, P.C.
Dennis W. Chang

BRENT CHISM & ASSOCIATES, LLC
Brenton L. Chism

By: _____
Perry R. Sanders, Jr.
Attorneys for Plaintiffs

281628.1

1

Joint Stipulation To Dismiss

| | |
|---|---|
| DATE: April 2, 2010 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.<br>Vincent J. Marella<br>Thomas V. Reichert<br><br>By: _____<br>Thomas V. Reichert<br>Attorneys for Defendants City of Los Angeles, Stuart Maislin and Stanley Nalvwaiko |
| DATE: April 2, 2010 | FOLEY & LARDNER LLP<br>John G. Yslas<br>Jeremy C. Wooden<br><br>By: _____<br>John G. Yslas<br>Attorneys for Defendant Ray Lopez, f/k/a Rafael Perez |
| DATE: April 2, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY<br>Allan E. Anderson<br>Thomas M. O'Leary<br>Jad T. Davis<br><br>By: _____<br>Jad T. Davis<br>Attorneys for Defendants Nino Durden and Steven Katz |

281628.1

2

Joint Stipulation To Dismiss

| | | |
|---|---|---|
| 1 | DATE: April 2, 2010 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C. |
| 2 | | Vincent J. Marella |
| 3 | | Thomas V. Reichert |
| 4 | | |
| 5 | | By: _____ |
| 6 | | Thomas V. Reichert<br>Attorneys for Defendants City of Los Angeles, Stuart Maislin and Stanley Nalvwaiko |
| 7 | DATE: April 2, 2010 | FOLEY & LARDNER LLP |
| 8 | | John G. Yslas |
| 9 | | Jeremy C. Wooden |
| 10 | | By: _____ |
| 11 | | John G. Yslas |
| 12 | | Attorneys for Defendant Ray Lopez, f/k/a Rafael Perez |
| 13 | DATE: April 2, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 14 | | Allan E. Anderson |
| 15 | | Thomas M. O'Leary<br>Jad T. Davis |
| 16 | | |
| 17 | | By: _/s/ Jad T. Davis_____ |
| 18 | | Jad T. Davis<br>Attorneys for Defendants Nino Durden and Steven Katz |

IT IS SO ORDERED
DATED April 5, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE